Case 3:22-cr-00443-RS   Document 13   Filed 02/17/23   Page 1 of 3

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHARLES F. BISESTO (CABN 271353)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6405
    FAX: (415) 436-7234
    Charles.Bisesto@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CASE NO.: 22-CR-390-RS & 22-CR-443-RS |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | FROM FEBRUARY 21, 2023 TO MARCH 21, 2023 |
| HEVER SUAREZ | ) ) | |
| Defendant. | ) ) ) ) | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Charles Bisesto, and defendant Hever Suarez ("Defendants"), by and through his counsel of record, Amy Craig, hereby stipulates as follows:

    1.    On October 4, 2022, a four-count criminal Indictment was filed with the Court, charging Defendant with violations of 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(C), conspiracy to distribute and possess with intent to distribute fentanyl and heroin, 21 U.S.C. § 841(a)(1) and (b)(1)(c), possession with intent to distribute and distribution of fentanyl and heroin, and 21 U.S.C. § 843(b), unlawful use of a communication facility. *See* Dkt. 52.

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR 22-390 RS      v. 7/10/2018

2. On October 6, 2022, Defendant was arraigned on the Indictment in Magistrate Court. His matter was set for a status conference in District Court on November 8, 2022. *See* Dkt. 55.

3. This matter is currently set for a status conference on February 21, 2023.

4. Defendant is continuing to discuss multiple potential ways to reach an early resolution of the matter. The parties have discussed potential parameters of a resolution, but need more time to work through the details. The parties are hopeful that additional time will assist in making progress towards a plea agreement. Because government counsel is on family leave through March 6, the parties are asking that Mr. Suarez's case be continued to mid-March.

5. For these reasons, the parties are requesting a further status conference date of March 21, 2023. Additionally, the parties agree that excluding time until the March 21, 2023 court date will allow for effective preparation of counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from February 21, 2023 through March 21, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in the prompt resolution of this case. *See id.*

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for Defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 17, 2023

/s/
CHARLES F. BISESTO
Assistant United States Attorney

DATED: February 17, 2023

/s/
AMY CRAIG
Counsel for Defendant Hever Suarez

STIPULATION TO EXCLUDE TIME AND ORDER Case No. CR 22-390 RS

v. 7/10/2018

**ORDER**

Based upon the representations of counsel and for good cause shown, the Court continues the status conference date from February 21, 2023 to March 21, 2023. The Court further finds that failing to exclude the time from February 21, 2023 to March 21, 2023 would unreasonably deny defense counsel and Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv).

The Court further finds that the ends of justice served by excluding the time from February 21, 2023 to March 21, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial. *See* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 21, 2023 through March 21, 2023 shall be excluded from computation under the Speedy Trial Act. *See id.*

IT IS SO ORDERED.

DATED: February 17, 2023

HON. RICHARD SEEBORG
United States Chief District Judge